RESOURCE HOLDING CORPORATION, Appellant, v. WESTWITT REALTY COMPANY and Another, Respondents, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of BORIS SAID and Others, Stockholders in the EITINGON SCHILD CO., INC., Appellants, for the Appointment of Three Persons to Appraise the Value of Their Stock. EITINGON SCHILD CO., INC., Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JACOB M. ZINAMAN, Respondent, v. RALPH SHULMAN, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Onondaga all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JACOB M. ZINAMAN, Respondent, v. RALPH SHULMAN, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HELEN RIDDICK, Respondent, against PAUL WINDELS, as Corporation Counsel of the City of New York, and Another, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN FRIEDMAN, Appellant, v. F. S. FASHION STORES CO., INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FLORENCE M. HASKIN, Appellant, v. DORA COURT REALTY CORPORATION and Others, Defendants. In the Matter of the Application of FLORENCE M. HASKIN, Purchaser, Appellant, to Compel the Delivery of a Deed in Foreclosure by ADRIAN P. BURKE, Referee, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BEATRICE FEINSTEIN, Appellant, v. LEWIS J. FEINSTEIN, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BEATRICE FEINSTEIN, Appellant, v. LEWIS J. FEINSTEIN, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWARD FANE, Respondent, v. JULIUS BELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MILLER-SCHLOTT, INC., Substituted as Plaintiff in Place and in Stead of ERNEST PAOLUCCI, Appellant, v. EDWARD V. McGOVERN CORPORATION, Respondent, Impleaded with Others.— Order reversed, with twenty dollars costs and dis-